UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
WEN JIAN LU,

      Plaintiff,          **MEMORANDUM & ORDER**

    - against -           15 CV 7147 (RJD) (RER)

TACO HUT PLACE, INC. et al.,

      Defendants.
----------------------------------------------------------- x
DEARIE, District Judge

  Magistrate Judge Reyes issued a report on May 31, 2016, recommending that defendant's counterclaims be stricken and dismissed. The parties were given until June 17, 2016, to file objections. No objections have been filed. The Court adopts Magistrate Judge Reyes's report and recommendation without qualification.

  Alternatively, the Court also grants plaintiff's motion to dismiss defendant's counterclaims for the reasons stated in plaintiff's moving papers (ECF No. 16). The Court observes that defendant's memorandum in opposition was due on May 18, 2016, but defendant has not filed a memorandum with the Court.

SO ORDERED.

Dated: Brooklyn, New York
   June 29, 2016

                         s/ RJD
                      RAYMOND J. DEARIE
                      United States District Judge